# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| RICKY R. FRANKLIN ) | Civil Action No: |
| ) | 4:19cv534 MW-CAS |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| ENHANCED RECOVERY ) | |
| COMPANY, LLC ) | |
| ) | |
| Defendant ) | |

## ORIGINAL COMPLAINT

NOW COMES the Plaintiff, RICKY R. FRANKLIN, by and through himself and for his Complaint against the Defendant, Enhanced Recovery Company, LLC., (hereinafter ERC) and Plaintiff states as follows:

## NATURE OF THIS ACTION

1. This action arises out of Defendants' repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et. seq. ("TCPA") and the invasions of Plaintiff's personal privacy by the Defendant and its agents in their illegal efforts to collect a consumer debt. ERC negligently, knowingly, and/or willfully contacted Plaintiff on his cellular telephone without his prior express written consent within the meaning of the TCPA.

## JURISDICTION & VENUE

2. Jurisdiction of this Court is conferred by 15 U.S.C. § 1692 and 28 U.S.C. § 1331. Supplemental jurisdiction exists pursuant to 28 U.S.C. § 1367.

3. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

4. RICKY R. FRANKLIN, (hereinafter, "Plaintiff"), is a natural person who was at all relevant times residing in the county of Henry, state of Georgia.

5. Defendant, Enhanced Recovery Company, LLC is a debt collection company located in Florida, with a principal address of 8014 Bayberry Rd, Jacksonville, Florida, 32256 and a registered agent of Corporation Service Company 1201 Hays Street, Tallahassee, Florida, 32301.

6. At all relevant times, Defendants has conducted business in Georgia, solicited business in Georgia, engaged in a persistent course of conduct in Georgia, or has derived substantial revenue from services rendered in Georgia.

## ALLEGATIONS OF FACT

7. In late August 2019, Plaintiff began to receive automated calls from Defendant ERC all coming from phone numbers of 762-224-4933, and 762-224-5037 on his on his cellular phone number.

8. The Defendant never contacted Plaintiff to obtain his express consent to receive such calls to his wireless number.

9. Plaintiff has received at least ten (10) unsolicited calls from the Defendant and continues to receive calls up until this very day. The voicemail messages left by the Defendant persisted of asking for someone that Plaintiff does not know.

10. Upon information and belief, all of the calls Defendant placed to Plaintiffs cellular phone were placed using an "automatic telephone dialing system" (hereinafter, "auto-dialer"), which has the capacity to store or produce telephone numbers to be called, using a random or sequential number generator (including but not limited to a predictive dialer) or artificial or prerecorded voice; and to dial such numbers as specified by 47 U.S.C. § 227(a)(1)

11. In order to redress these injuries, Plaintiff brings this suit under the TCPA, which specifically prohibits unsolicited voice calls to cell phones. Defendant EMC has called in a manner which violates the right of privacy of all consumers.

12. Plaintiff has never provided his cellular phone number to the Defendant or given his prior express consent to be called, whether on his own or on behalf of any third party.

## **COUNT I-TCPA**

13. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

14. Using an auto-dialer and without prior express written consent, the Defendant contacted the Plaintiff at least ten (10) times by means of automatic dialing system to a cellphone or pager in violation of 47 U.S.C. §227(b)(1)(A)(iii).

15. The phone calls were made to Plaintiff without the number being provided to Defendant, and without the prior express consent of Plaintiff.

### . PRAYER FOR RELIEF

a) As a result of Defendant's violations of 47 U.S.C. section 227et seq., Plaintiff is entitled to an award of $500.00 in statutory damages for each and every call in violation of the statute, pursuant to 47 U.S.C. section 227(b)(3);

b) Assessing against Defendant, all costs incurred by the Plaintiff; and

c) Awarding such other relief as justice and equity may require.

Respectfully submitted,

Ricky R. Franklin

708 Brambling Way
Stockbridge, GA 30281
rrfrank12@hotmail.com

