**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**RICKY R. FRANKLIN,**

    **Plaintiff,**

**v.**                                             **Case No.  4:19cv534-MW/CAS**

**ENHANCED RECOVERY**
**COMPANY, LLC,**

    **Defendant.**
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and

Recommendation.  ECF No. 4.  Upon consideration, no objections having been filed by

the parties,

    **IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall **TRANSFER** this case to the United States District Court for the Middle

District of Florida, Jacksonville Division, for all further proceedings, including review and

ruling on the pending in forma pauperis motion, ECF No. 2.  The Clerk shall close the file.

    **SO ORDERED on December 20, 2019.**


                    **s/ MARK E. WALKER**
                    **Chief United States District Judge**