UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICKY R. FRANKLIN,

    Plaintiff,

v.                                        Case No: 3:19-cv-01448-J-20JRK

ENHANCED RECOVERY COMPANY, LLC

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before Court on the parties' "Joint Stipulation of Dismissal" (Dkt. 26).

Accordingly, it is **ORDERED**:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED with prejudice** with each party to bear his/its own fees and costs;

2. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ENTERED** at Jacksonville, Florida, this 27 day of July, 2020.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Ricky R. Franklin, *pro se* plaintiff
Richard D. Rivera, Esq.
Scott S. Gallagher, Esq.
Nicole L. Kalkines, Esq.